**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
JOSE AGUILAR, on behalf of himself and all
others similarly situated,

                Plaintiff,

      - against -

THE FENCE GUY, INC., THE FENCE GUY
OF LONG ISLAND, LLC, AND JOHN
HAUSLE,

                Defendants.
-------------------------------------------------------------X

**DEFAULT JUDGMENT**
CV 17-7412 (ADS)(AYS)

      An Adoption Order of the Honorable Arthur D. Spatt, United States District Judge, having been filed on June 10, 2019; adopting in its entirety the May 20, 2019 Report and Recommendation of United States Magistrate Judge Anne Y. Shields granting the Plaintiff's motion for a default judgment against the Defendants The Fence Guy, The Fence Guy of Long Island, and John Hausle; awarding the Plaintiff damages as follows: (1) unpaid overtime compensation pursuant to the Fair Labor Standards Act ("FLSA") and the New York Labor Law ("NYLL") in the amount of $24,580.40; (2) liquidated damages pursuant to the FLSA and the NYLL, in the amount of $24,580.40; (3) $8,900.00 in damages for violations of the Wage Theft Prevention Act; and (4) post judgment interest calculated pursuant to 28 U.S.C. § 1961, for a total monetary award of $58,060.80, it is

      **ORDERED AND ADJUDGED** that the Plaintiff Jose Aguilar's motion for a default judgment as against the Defendants The Fence Guy, The Fence Guy of Long Island, and John Hausle is granted; that the Plaintiff is awarded damages in the amount of $58,060.80, plus post judgment interest calculated pursuant to 28 U.S.C. § 1961.

Dated: Central Islip, New York
       June 11, 2019

                                              DOUGLAS C. PALMER
                                              CLERK OF THE COURT
                                By:   /s/ James J. Toritto
                                              Deputy Clerk